IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-517-D

COLORADO BANKERS LIFE )
INSURANCE COMPANY, et al., )
)
            Plaintiffs, )
)
v. ) **ORDER**
)
ACADEMY FINANCIAL ASSETS, LLC, )
et al., )
)
            Defendants. )

The court has reviewed the record and the governing law. After considering plaintiffs' motion to consolidate [D.E. 22], the motion is DENIED as meritless. Likewise, the motions to dismiss [D.E. 15, 17] are DENIED as meritless.

SO ORDERED. This 20 day of July 2021.

                                                   JAMES C. DEVER III
                                                   United States District Judge